

1  CATHERINE CORTEZ MASTO
   Attorney General
2  JANET E. TRAUT
   Senior Deputy Attorney General
3  Nevada Bar No. 8695
   Bureau of Public Affairs
4  Personnel Division
   100 No. Carson St.
5  Carson City, NV  89701-4717
   Tel: 775-684-1196
6  Fax: 775-684-1156
   jtraut@ag.nv.gov
7
   *Attorneys for Defendants Debra Brooks,*
8  *E. K. McDaniel, Greg Cox,*
   *Carla Crevling, and Howard Skolnik*
9

10              UNITED STATES DISTRICT COURT

11                   DISTRICT OF NEVADA

12

13  Richard Falge,                    )
                                      )    Case No. 3:10-CV-163-RCJ-VPC
14           Plaintiff,               )
                                      )
15      v.                            )    **MOTION FOR ENLARGEMENT OF TIME**
                                      )    **TO FILE DISPOSITIVE MOTION**
16  Debra Brooks, et al.,             )           **(First Request)**
                                      )
17           Defendants.              )

18       Defendants, by and through their attorneys, Catherine Cortez Masto, Attorney General of the State of Nevada, and Janet E. Traut, Senior Deputy Attorney General, move for an enlargement of time in which to complete and file their dispositive motion in this case. The motion is due on December 15, 2010. Defendants request an additional three weeks in which to complete the motion, which would make it due on January 5, 2011. Defendants have been unable to complete the motion by today's deadline due to the press of business as well as the impact of furlough days on both client and counsel, and the unavailability of some staff due to annual leave which must be used or forfeited by the end of the calendar year. The three weeks' time and carry-over into the new year should remedy all of these issues. Counsel was still hopeful after the close of business today that the motion could be completed, and so did not attempt to contact opposing counsel timely to obtain a stipulation for the requested

enlargement. Counsel certifies that this enlargement is requested in good faith and is not for purposes of unnecessary delay.

Dated this 15th day of December 2010.

CATHERINE CORTEZ MASTO
Attorney General

By: _____
JANET E. TRAUT
Senior Deputy Attorney General
Bureau of Public Affairs
Personnel Division

*Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: December 16, 2010

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 15th day of December 2010, I have caused a copy of the foregoing, **MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION (First Request)** to be served, by U.S. District Court CM/ECF Electronic Filing to:

Jeffrey A. Dickerson, Esq.
jeff@gbis.com

*[signature]*

H:\My Documents\Personnel\Falge 163\MFE re MSJ.DOC