AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

RICHARD FALGE,

                Plaintiff,              JUDGMENT IN A CIVIL CASE

V.

                                   CASE NUMBER: **3:10-cv-00163-RCJ-VPC**

DEBRA BROOKS, et al.,

                Defendants.

__    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion for Summary Judgment (Dkt #32) is GRANTED.

    ___5/3/2011___                           **LANCE S. WILSON**
                                               Clerk

                                   ___/s/ P. McDonald___
                                         Deputy Clerk